# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Gateway Fashion Mall, LLC, a Delaware Limited Liability Company, | ) ) ) |
| Plaintiff, | ) **ORDER FOR MID-DISCOVERY** ) **STATUS CONFERENCE** ) |
| vs. | ) ) |
| The Travelers Indemnity Company of America, a foreign for-profit insurance corporation, | ) ) ) ) |
| Defendant. | ) Case No. 1:19-cv-104 ) ) |

A mid-discovery status conference will be held before the magistrate judge on April 30, 2020, at 9:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 6th day of November, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court